United States District Court
Southern District of Texas
**ENTERED**
December 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LUIS ENRIQUE MARTINEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:19-cv-00343 |
| § | |
| FCA US LLC, § | |
| § | |
| Defendant. § | |

# ORDER

The Court now considers the parties' "Stipulation of Dismissal with Prejudice."[1] The parties stipulate that the action be dismissed with prejudice "pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure."[2] Under that rule, Plaintiff may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the joint stipulation is signed by all appearing parties,[3] Plaintiffs have effectively dismissed the case and no further action by this Court is necessary.[4] All claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of December 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 21.
[2] *Id.* at 1.
[3] *Id.* at 1–2.
[4] *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).